**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6557**

SHANNONE WAYNE MCCLINTICK,

Petitioner - Appellant,

versus

DEAN R. WALKER, Superintendent; ROY ALLEN
COOPER, Attorney General of the State of North
Carolina,

Respondents - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen, Chief
District Judge.  (CA-97-316-1-4MU)

Submitted:  September 28, 2001      Decided:  October 15, 2001

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles Robinson Brewer, Asheville, North Carolina, for Appellant.
Clarence Joe DelForge, III, Michael F. Easley, OFFICE OF THE
ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shannone Wayne McClintick seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny McClintick's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. McClintick v. Walker, No. CA-97-316-1-4MU (W.D.N.C. filed Mar. 30, 2001; entered Apr. 2, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2